ENTERED ON DOCKET
9/15/04

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | CASE NO. 04-74967 |
| : | |
| SOUTHWEST HOSPITAL AND : | |
| MEDICAL CENTER, INC. : | CHAPTER 11 |
| : | |
| Debtor. : | JUDGE MASSEY |
| : | |

## ORDER AND NOTICE APPROVING EMPLOYMENT OF CORBETT A. PRICE AS CHIEF RESTRUCTURING OFFICER

Southwest Hospital and Medical Center, Inc. (the "Debtor"), filed its Chapter 11 case on September 9, 2004 (the "Petition Date"). On the Petition date, the Debtor filed an Application (the "Application") for approval of employment of Corbett A. Price as Chief Restructuring Officer (the "CRO") and Kurron Shares of America, Inc. ("Kurron") to assist the CRO in furtherance of his duties. On September 14, 2004, the Debtor amended the Application (i) to provide that the Debtor would not employ Kurron as professionals under Section 327 of the Bankruptcy Code, and (ii) to request that the CRO be authorized to employ certain identified persons to assist him in the furtherance of his duties[1] (the Application, as amended, is hereinafter referred to as the "Amended Application"). The Court having considered the matter, it is

**ORDERED AND ADJUDGED** that, subject to objection as set forth herein, the Amended Application is **GRANTED**, and the employment by the Debtor of the CRO Staff is hereby authorized and approved for the purposes specified in said Amended Application effective as of the Petition Date, including approval of payment on a weekly basis; and it is further

**ORDERED AND NOTICE IS HEREBY GIVEN** that any objection to the relief requested in the Amended Application must be filed with the Clerk of the United States Bankruptcy Court, 362 Richard Russell Bldg., 75 Spring Street, SW, Atlanta, Georgia 30303, and served upon counsel for the Debtor, G. Frank Nason, IV, Lamberth, Cifelli, Stokes & Stout, P.A., 3343 Peachtree Rd., NE, Suite 550, Atlanta, Georgia 30326, within twenty (20) days from the date of service of this Order. Any objections not timely filed will be deemed waived and

---

[1] The CRO and the persons employed to assist him are hereinafter referred to as the "CRO Staff."

148369.doc

-2-

forever barred. In the event any written objections are filed within said period then a hearing will be held on notice to the objecting party and the Debtor. In the event no objections are timely filed to the Application, this Order shall become the final Order of the Court.

**IT IS SO ORDERED** this 15th day of Sept, 2004.

JAMES E. MASSEY
UNITED STATES BANKRUPTCY JUDGE


**Prepared and presented by:**

LAMBERTH, CIFELLI, STOKES
  & STOUT, P.A.
Counsel for Debtor

By: _____
    G. Frank Nason, IV
    Georgia Bar No. 535160
3343 Peachtree Road NE, Suite 550
Atlanta, GA 30326-1022
(404) 262-7373


**Identification of parties to be served:**

G. Frank Nason, IV, Lamberth, Cifelli, Stokes & Stout, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, GA 30326

Office of U.S. Trustee, 362 Richard Russell Bldg., 75 Spring Street SW, Atlanta, GA 30303